UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIN & LAVINIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY HILLS, et al.,<br><br>Defendants. | Case No. 18-cv-02036-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 9 |
|---|---|

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the Alameda County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge